Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

FILED by _____ D.C.
MAY 30 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number Pending
Electronic Filing Certification

Crystal L. Cox, Plaintiff
1-50 John and Jane Doe Plaintiffs

v.

Defendant(s)

I, Pro Se, Plaintiff Crystal L. Cox, Certify that I have completed the CM / ECF Tutorial and am familiar with the Electronic Filing Procedures, Best Practices, and with the Civil and Criminal Events Menu and am able to file electronically.

I, Pro Se, Plaintiff Crystal L. Cox, Certify that I am familiar with the CM / ECF system and capable of filing electronically.

1

**Certificate of Service:**

I hereby certify that I served the foregoing on May 28th, 2013

Mailed to:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 North Miami Avenue
Miami, FL 33128

*[signature]*

Submitted Respectfully by

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368
Crystal@CrystalCox.com

Crystal@CrystalCox.com

2