```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
            Case No. 13-21924-CIV-GRAHAM/GOODMAN
```

CRYSTAL L. COX,

    Plaintiff,

vs.

RANDAZZA LEGAL GROUP, et al.,

    Defendants.

_____/

### ORDER

**THIS CAUSE** comes before the Court upon a review of the record.

**THE COURT** has considered the pertinent portions of the record, and is otherwise fully advised in the premises. On June 25, 2013, the Court entered an order dismissing Plaintiff's complaint [See D.E. 7]. Plaintiff was provided with fourteen (14) days to file an amended complaint, if she wished to do so. No amended complaint has been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the **CLERK** shall **CLOSE** this case. All pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of July, 2013.

                                              s/ Donald L. Graham  
                                              DONALD L. GRAHAM  
                                              UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record